IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK KENNETH ANDERSON, JR.,

                Plaintiff,

  v.

STATE OF WISCONSIN, ET AL.,

                Defendants.

ORDER

26-cv-248-jdp

---

Plaintiff Mark K. Anderson, proceeding without counsel, alleged that medical staff failed to properly treat his medical condition and he is no longer eligible for a transplant. I dismissed this case because the court could not grant him earlier release in this civil-rights lawsuit, and in part because Anderson was already bringing a separate lawsuit in this court about the alleged inadequate medical care. Dkt. 67. I waived Anderson's filing fee for this case and directed the clerk of court to transfer any payment he had made to his filing fees in his other open cases. *Id.*

Anderson has responded by filing a series of motions asking to undo the dismissal, stay the case, recruit him counsel, and return payments of the filing fee to him. Dkts. 69–72; 78; 79. I will deny all of those motions because nothing in them addresses the reasons that I dismissed the case. There simply isn't any reason for him to maintain a second lawsuit about the same medical care that is already the subject of another of his lawsuits. And the court will not return any payment that he has made, because they can be applied to his other debts in this court.

ORDER

IT IS ORDERED that plaintiff's motions for reconsideration, Dkts. 69–72; 78; 79, are

DENIED.

Entered June 4, 2026.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge