IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK KENNETH ANDERSON, JR.,

Plaintiff,

v.

STATE OF WISCONSIN, ET AL.,

Defendants.

ORDER

26-cv-248-jdp

---

Plaintiff Mark K. Anderson, proceeding without counsel, alleged that medical staff failed to properly treat his medical condition and he is no longer eligible for a transplant. I dismissed this case because the court could not grant him earlier release in this civil-rights lawsuit, and in part because Anderson was already bringing a separate lawsuit in this court about the alleged inadequate medical care. Dkt. 67. I waived Anderson's filing fee for this case and directed the clerk of court to transfer any payment he had made to his filing fees in his other cases. *Id.* I then denied Anderson's motions for reconsideration and to return to him the payments that he had already made in this case. Dkt. 81.

Now Anderson again moves to return the payments that he has made. Dkt. 82. I will deny that motion. Anderson argues that he has already paid the full fees in his other cases. That is incorrect. Court financial records show that Anderson has not paid his other fees, so I will continue to direct the clerk of court to apply his payments to another of his cases.

ORDER

IT IS ORDERED that plaintiff's motion for reconsideration, Dkt. 82, is DENIED.

Entered June 18, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge